IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JACOB NTEH, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:14-CV-90-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| JEH C. JOHNSON, et al., | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

On April 7, 2014, Petitioner filed the current federal habeas corpus petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On April 10, 2014, Petitioner filed a motion to proceed *in forma pauperis*. (ECF No. 5.) Upon review of Petitioner's motion and accompanying Trust Fund Account Statement (ECF No. 6) the Court finds that Petitioner is unable to pay the filing fee at this time. Therefore, his motion to proceed *in forma pauperis* is GRANTED.

Therefore, a copy of the petition and a copy of this Order shall now be served on Respondents by the United States Marshal's Service. Respondents shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order. Petitioner is notified that a failure to keep the Court apprised of any change in his address may result in a dismissal for his failure to prosecute this action.

SO ORDERED, this 21st day of April, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE